FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00507-PHX-DGC (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1 – 3 |
| Ismael Juarez Zurita, Jr., | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNTS 1 - 3

On or about the dates listed below, in the District of Arizona, Defendant, ISMAEL JUAREZ ZURITA, JR., knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant, ISMAEL JUAREZ ZURITA, JR., did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant, ISMAEL JUAREZ ZURITA, JR., resided at an address on Coolidge Street, in Phoenix, Arizona, whereas in truth and fact, Defendant, ISMAEL JUAREZ ZURITA, JR., knew that he resided at a different

address:

| Count | Date | Business (FFL) |
|-------|------|----------------|
| 1 | March 7, 2024 | Ammo-AZ |
| 2 | March 10, 2024 | Tombstone Tactical |
| 3 | March 20, 2024 | C2 Tactical |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  April 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -